UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | | |
|---|---|---|
| LAMONT WALKER, | ) | |
| Petitioner, | ) | Civil No. 7: 22-105-WOB |
| V. | ) | |
| D. ROSE, | ) | **JUDGMENT** |
| Respondent. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered today, pursuant to Federal Rules of Civil Procedure 58, it is **ORDERED** and **ADJUDGED** that:

1. Petitioner Lamont Walker's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241 [R. 1] is **DISMISSED** for lack of subject-matter jurisdiction.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 28th day of June, 2023.



Signed By:
*William O. Bertelsman* WOB
United States District Judge